UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

V.G. et al.,

                Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/27/2024

23-CV-11006 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

       This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the previous referral to Magistrate Judge Tarnofsky for general pretrial supervision, settlement, and dispositive motions (Dkt. No. 7), and the previous order from January 3, 2024 (Dkt No. 12). Accordingly, the parties are directed to file a joint status letter regarding settlement by **April 10, 2024**. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: February 27, 2024
       New York, New York

                                          SO ORDERED.

                                          MARGARET M. GARNETT
                                          United States District Judge