UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| V.G., et al., <br><br> Plaintiffs, <br><br> -against- <br><br> NEW YORK DEPARTMENT OF EDUCATION, <br><br> Defendant. | 23-CV-11006 (MMG) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As per my Order dated January 3, 2024, (ECF 12) a joint status letter from the parties was due on April 10, 2024. Defendants requested an extension of time to file an Answer and a joint letter until May 10, 2024, which was granted (ECF 15). The parties have not updated the Court with a joint status letter regarding settlement discussions.

I am sua sponte extending the deadline for the joint status letter nunc pro tunc until **Friday, May 17, 2024**.

DATED:  May 15, 2024
        New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge